**FILED**

09/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0389

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0389

**JOSEPH A. KRASOWSKI,**

**Appellant,**

**vs.**

**BILLINGS DISTRICT COUNCIL OF THE SOCIETY OF ST. VINCENT DE PAUL,**

**Appellee.**

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 24, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

ELECTRONICALLY DATED AND SIGNED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 21 2021